IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 21-367-3 |
| | : | |
| MICHAEL BARONE | : | |

ORDER

AND NOW, this 24th day of November, 2026, within ninety (90) days from the date of this Order directing the return of a United States passport(s) to the U.S. Department of State, the defendant may file a motion requesting that Fiscal return the passport to the defendant or his counsel. If after ninety (90) days no such motion has been filed, Fiscal shall forward the passport to the U.S. Department of State unless it has been notified that the passport is required for evidentiary purposes for another proceeding, in accordance with this Court's Standing Order for Procedures for Handling Surrendered Passports, issued August 22, 2023.

BY THE COURT:

/s/ Harvey Bartle III
J.